## THE HAZELTON BOILER COMPANY
## v.
## THE HAZELTON TRIPOD BOILER COMPANY ET AL.

*Jurisdiction—Appellate Court—Franchise.*

This court has no jurisdiction of controversies involving a franchise.

[Opinion filed November 11, 1890.]

APPEAL from the Superior Court of Cook County; the Hon. HENRY M. SHEPARD, Judge, presiding.

Messrs. EPHRAIM BANNING, THOMAS A. BANNING and GEORGE S. PAYSON, for appellant.

Messrs. BOND, ADAMS & JONES, for appellees.

GARY, J. This is a bill by the appellant, a New York corporation, the principal object of which is to prevent the principal appellees, an Illinois corporation, from using the name " Hazelton " even as part of the corporate name, " The Hazelton Tripod Boiler Company," in the business of making and selling boilers. The right so to use that name is a part of the franchise granted to the appellees by this State. If it is to be taken from them, it must be by some court having jurisdiction of a case where a franchise is involved, a jurisdiction which the Appellate Courts of this State do not possess. Bushnell v. Consolidated Ice Co., 37 Ill. App. 133.

The appeal must be dismissed.    *Appeal dismissed.*